UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES

v.                                              Case No. 8:12-cr-64-T-24-TGW

GEORGE ARTHUR FARMER
_____/

## **ORDER**

This cause comes before the Court on George Farmer's Motion to Suppress (Doc. 37). Farmer seeks to suppress methamphetamine seized from the compartment of a motorcycle he was driving on February 2, 2012. (Doc. 37, p.1). The Government opposes the motion. (Doc. 53). The Court held a hearing on the motion on August 3, 2012.

For the reasons stated in court, it is ORDERED AND ADJUDGED that the Motion to Suppress (Doc. 37) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of August, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record